IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRYANT D. SMITH, </br></br> Plaintiff, </br></br> v. </br></br> WASTE MASTERS SOLUTIONS, LLC, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 21-1044-GBW </br> ) </br> ) </br> ) </br> ) </br> ) |

## MEMORANDUM ORDER

At Wilmington, this 18th day of August 2025, having reviewed and considered Plaintiff's motion for leave to file amended complaint (D.I. 50) and Defendant's response in opposition (D.I. 51);

IT IS HEREBY ORDERED that, **on or before September 19, 2025**, Plaintiff shall reply to Defendant's response and include as an attachment a redlined version of the amended complaint; and

IT IS FURTHER ORDERED that Plaintiff's motion for leave to file amended complaint (D.I. 50) is **STAYED** in the interim.

                                                                       The Honorable Gregory B. Williams </br>
                                                                       United States District Judge